Susan S.Q. Kalra (California State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499
Fax: (832) 900-4941

William P. Ramey, III (pro hac vice anticipated)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
HyperQuery, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HYPERQUERY, LLC,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>LG ELECTRONICS U.S.A., INC.,<br><br>　　　　　　　　Defendant. | Case No.: 3:23-cv-04725-JSC<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

　　　　Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, HyperQuery, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims, or claims that Plaintiff could have raised, as Defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patents. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: October 13, 2023

Respectfully submitted,

RAMEY LLP

By: /s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
Email: skalra@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499
Fax: (832) 900-4941


By: /s/ William P. Ramey, III
William P. Ramey, III (pro hac vice anticipated)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff
HyperQuery, LLC*